# Court of Appeals
# of the State of Georgia

ATLANTA,   November 05, 2015

*The Court of Appeals hereby passes the following order:*

## A16E0015. MILLER v. CAMERON et al.

Earl Cameron moves this Court for an emergency supersedeas to stay a contempt order entered by the trial court. We initially denied Cameron's motion for failure to comply with this Court's rules. Cameron then filed an amended motion, which we will treat as a motion for reconsideration. Cameron has now conformed with the rules of this Court, and we therefore GRANT the motion for reconsideration and address the merits of the emergency motion.

Cameron's motion and supporting documents show that the trial court ordered that Cameron be incarcerated for civil and criminal contempt. Cameron filed a notice of appeal as well as an application for supersedeas in the trial court. "[T]his Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Rule 40 (b). Cameron's emergency motion in this Court does not show that the trial court has denied the application for supersedeas nor does it show that Cameron is incarcerated. Therefore, Cameron's motion does not meet the requirements of Rule 40 (b), and it is therefore DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/05/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*